IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Shanequa Chavis,

Plaintiff,

v.

Pack Labs, Inc.,

Defendant.

CIVIL ACTION
NO. 22-4926

**ORDER**

**AND NOW**, this 7th day of March 2023, upon receipt of the letter dated March 6, 2023

from Steve T. Mahan, Esquire, informing the Court that the above-captioned action has settled, it

is **ORDERED** as follows:

1.  The action is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).

2.  The Clerk of Court shall close the above-captioned case for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

# WEISBERG CUMMINGS

## A PROFESSIONAL CORPORATION

### ATTORNEYS AT LAW

LARRY A. WEISBERG

DERREK W. CUMMINGS*^

**2704 COMMERCE DRIVE, SUITE B**

**HARRISBURG, PENNSYLVANIA 17110-9380**

STEVE T. MAHAN

*CERTIFIED PUBLIC ACCOUNTANT

^MEMBER ARIZONA BAR

PHONE: 717.238.5707

FAX:    717.233.8133

March 6, 2023

The Honorable Joel H. Slomsky
United States District Judge
13614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      **RE:    Chavis v. Pack Labs, Inc.**
           **E.D. Pa. No. 2:22-cv-04926-JHS**

Dear Judge Slomsky:

      I am writing to advise you that the parties in this matter have reached an agreement in principle to resolve this matter, and that we are in the process of finalizing said resolution. At this time, the parties are in agreement that the Court may process this case as settled. To that end, we respectfully request that the court issue an Order of Dismissal with prejudice, without costs, pursuant to Eastern District Local Rule 41.1(b).

      Should you have any questions, please contact me at (717) 238-5707.

                  Sincerely,

                  */s/ Steve T. Mahan*

                  Steve T. Mahan
                  PA Bar ID # 313550